CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 2 6 2018

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN ANGELO SMITH,** | ) | **CASE NO. 7:17CV00072** |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WARDEN,** | ) | **By: Hon. Jackson L. Kiser** |
| | ) | **Senior United States District Judge** |
| **Respondent.** | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the motion to dismiss (ECF No. 10) is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED,** and the clerk shall **STRIKE** this action from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER**: This 26th day of June, 2018.

Senior United States District Judge